James B. Wicker, Applicant Pro Per
2564 S 4390 W
Hurricane, UT 84737
Phone: (435)703-9546
Email: jwicker@hotmail.com

FILED
U.S. DISTRICT COURT

'19 NOV -4 P 3: 12

DISTRICT OF UTAH

DEPUTY CLERK

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| James B. Wicker,<br>          APPLICANT | CASE NUMBER: 4:19-CV-00088-DN |
| V | LIS PENDENS |
| Bayview Loan Servicing LLC, US Bank, NA and<br>          RESPONDENTS | |

**TO WHOM IT MAY CONCERN:**

Notice is hereby given of the commencement and pendency of a suit in The United States District Court for the District of Utah entitled APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD, the general object of which is to confirm an ARBITRATION AWARD for monetary value exceeding $75,000 and return of property previously owned by James B. Wicker and , described below in a Warranty Deed recorded in the offices of Recorder of Deeds Jefferson County Book 783 Pages 0385 as Instrument 003485 against the property located at 643, Highland Park Road, Punxsutawney, PA 15767

UPI #15-486-0165 A/AC/AE as cited herein:

## Legal Description          Exhibit A

ALL THOSE CERTAIN PIECES, PARCELS OR TRACTS OF LAND SITUATE, LYING AND BEING IN MCCALMONT TOWNSHIP, JEFFERSON COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS:

FIRST: BEGINNING AT THE SOUTHEAST CORNER OF THE PRMISES DESCRIBED HEREIN IN THE NORTHERN RIGHT OF WAY OF LR33061; THENCE IN A NORTHERLY DIRECTION ALONG HOCKENBERRY AND PARCEL #165A A DISTANCE OF 809 FEET TO A POINT; THENCE IN A GENERALLY SOUTHERN DIRECTION ALONG ONUFRYK 830 FEET MORE OR LESS TO SR33061; THENCE EASTERLY ALONG SR33061 A DISTANCE OF 209 FEET TO THE PLACE OF BEGINNING, CONTAINING 2 ACRES, MORE OR LESS.

HAVING NO STREET ADDRESS.

MAP #15-486-165AE

SECOND: BEGINNING AT THE SOUTHEST CORNER OF THE PREMISES HEREIN DESCRIBED IN THE NORTHERN RIGHT OF WAY SR33016; THENCE IN A NORTHERLY DIRECTION 797 FEET TO A POINT; THENCE IN A WESTERLY DIRECTION 318 FEET MORE OR LESS TO A POINT IN LINE OF ONUFRYK; THENCE IN A SOUTHERLY DIRECTION ALONG PARCEL NO.1 DESCRIBED ABOVE 370 FEET TO A POINT; THENCE IN AN EASTERLY DIRECTION ALONG HOCKENBERRY 209 FEET TO A POINT; THENCE IN A SOUTHERLY DIRECTION ALONG HOCKRENBERRY 418 FEET TO A POINT ON SR33061; THENCE EASTERLY ALONG SR33061 A DISTANCE OF 102 FEET TO THE PLACE OF BEGINNING. CONTAINING 3.5 ACRES.HAVING A STREET ADDRESS OF

651 HIGHLAND PARK ROAD.

MAP#15-486-165A

THIRD: BEGINNING AT THE SOUTHEAST CORNEROF THE PARCEL HEREIN DESCRIBED; THENCE IN A NORTHERLY DIRECTION ALONG LANDS OF HOSTETLER 1,055 FEET TO A POINT IN LINE OF LANDS OF D.DAY; THENCE IN A SOUTRHERLY DIRECTION ALONG ONUFRYK 267 FEET OR MORE A LESS TO A POINT; YTHENCE EASTERLY ALONG LOT #165A A DISTANCE OF 318 FEET TO A POINT, BEING 15 FEET FROM THE EASTERN BOUNDARY LINE OF THE TRACT HEREIN DESCRIBED AND LINE OF HOSTETLER; THENCE IN A SOUTHERLY DIRECTION AND PARALLEL WITH SAID EASTERN BOUNDARY LINE 797 FEET MORE OR LESS TO A POINT ON SR33061; THENCE EASTERLY ALONG SR33061 A DISTANCE OF 15 FEET TO THE PLACE OF BEGINNING.

CONTAINING 1.5 ACRES. HAVING A STREET ADDRESS OF 643 HIGHLAND PARK ROAD.

MAP #15-486-165AC.

**TAX ID#: 15-486-0165-A; 15-486-0165-AC; 15-486-0165-AE**

The Application for Confirmation of arbitration award was filed in the Office of the Clerk of the Court, United States District Court for THE DISTRICT OF UTAH on October 24, 2019.

DATE: 10-30-2019

_____(Seal)
James B. Wicker, Applicant
Pro Per
2564 S 4390 W
Hurricane, UT 84737
Phone: (435)703-9546
Email: jwicker@hotmail.com

## VERIFICATION

I certify under penalty of perjury that the foregoing is true and correct. Executed on

DATE: 10-30-2019

_____(Seal)
James B. Wicker, Applicant
Pro Per
2564 S 4390 W
Hurricane, UT 84737
Phone: (435)703-9546
Email: jwicker@hotmail.com

JBW
Bringhurst Process Service
a division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278



## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN RE THE MATTER OF: , <br> Plaintiff(s) <br><br> vs. <br><br> ARBITRATION AWARD OF ROBERT PRESLEY DATED JUNE 6,2019, JAMES B WICKER, APPLICANT, <br> Defendant(s) <br><br> Party to serve: | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **PROOF OF SERVICE** <br> Case No. 4:19-CV-00088-DN |

Process: **NOTICE OF APPLICANT'S APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.
 in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: Bayview Loan Servicing, Llc.**

Date Served: 10-29-2019 2:06 Pm
Address Of Service: 15 W South Temple #600, Salt Lake, Ut 84101

Served on business or organization by giving a copy to **Jaclyn Boulard A(n) Authorized Employee**, who confirmed that they are an authorized employee of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 10-29-2019

MARIA CARUSO #308
Server

**TOTAL FEES:**   **$55.00**

| | |
|---|---:|
| Standard Service | $55.00 |
| | |
| | |
| | |

JAMES B WICKER
2564 S 4390 W
HURRICANE, UT 84737
Docket: 1774765

James B. Wicker
2564 S 4390 W
Hurricane, Utah 84101



U.S. POSTAGE PAID
PM 2-Day
TUCSON, AZ
85708
OCT 30, 19
AMOUNT
**$7.85**
1029   84101   R2304M115665-10

The Clerk of Court
United States District Court
District of Utah
351 South West Temple
Salt Lake City   Utah. 84101



**PRIORITY® MAIL**
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107R, January 2008

4:19-CV-00088-DN.

EXPECTED DELIVERY DAY: 11/01/19

**USPS TRACKING NUMBER**

9505 5120 3016 9303 5853 09